ALEXANDER WATSON, Appellant, *v.* SYRACUSE RAPID TRANSIT RAILROAD COMPANY, Respondent.

*Watson v. Syracuse Rapid Transit R. R. Co.*, 143 App. Div. 959, affirmed.

(Argued January 27, 1913; decided February 11, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 3, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Oliver D. Burden* for appellant.

*Charles E. Spencer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.